MEMO ENDORSED

# CLIFTON BUDD & DEMARIA, LLP

ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/15/2024

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
PARTNER
E-MAIL: IAPOULOS@CBDM.COM

March 14, 2024

**VIA ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *Dedvukaj v. 225 East 26th Street, LLC et al*
24-cv-01708-ALC

Dear Judge Carter:

This firm represents the Defendants in the above-referenced action. Pursuant to Your Honor's Individual Practices, the Defendants respectfully request that Your Honor extend their time to move, answer, or otherwise respond to the Complaint through and including Monday, May 13, 2024. This extension is necessary for the undersigned to investigate the facts and circumstances of the Plaintiff's Complaint. In exchange for this extension of time, Defendants hereby waive any objections to invalid service of process and accept service of the Complaint.

Counsel for the Plaintiff consents to this request. This is the Defendants' first request for adjournment or extension. No other deadlines will be affected should this request be granted.

Thank you for Your Honor's consideration.

Respectfully submitted,
CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By: /s/ Ian-Paul A. Poulos
Ian-Paul A. Poulos

CC: All Counsel of Record

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: March 15, 2024