**MEMO ENDORSED**

# CLIFTON BUDD & DeMARIA, LLP
### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

IAN-PAUL A. POULOS
PARTNER
E-MAIL: IAPOULOS@CBDM.COM

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/6/2024

May 2, 2024

**VIA ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

Re: *Dedvukaj v. 225 East 26th Street, LLC et al*
24-cv-01708-ALC

Dear Judge Carter:

This firm represents the Defendants in the above-referenced action. Pursuant to Your Honor's Individual Practices, the Defendants respectfully request that Your Honor extend their time to move, answer, or otherwise respond to the Complaint by two weeks from May 13, 2024, through and including Monday, May 27, 2024. This extension is necessary for the undersigned to finish investigating the facts and circumstances of the Plaintiff's Complaint. Due to the Greek Orthodox Easter week, the undersigned requires this short extension of the previously granted deadline.

Counsel for the Plaintiff consents to this request. This is the Defendants' second request for adjournment or extension. No other deadlines will be affected should this request be granted.

Thank you for Your Honor's consideration.

Respectfully submitted,
CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By: _____
Ian-Paul A. Poulos

CC: All Counsel of Record

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: May 6, 2024