# CLIFTON BUDD & DeMARIA, LLP

### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  5/24/2024

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
PARTNER
E-MAIL: IAPOULOS@CBDM.COM

May 23, 2024

**VIA ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

> Re:  *Dedvukaj v. 225 East 26th Street, LLC et al*
> **24-cv-01708-ALC**

Dear Judge Carter:

This firm represents the Defendants in the above-referenced action. Pursuant to Your Honor's Individual Practices, the Defendants respectfully request that Your Honor extend their time to move, answer, or otherwise respond to the Complaint by two weeks from Monday, May 27, 2024, through and including Monday, June 10, 2024. Since the last extension, the parties have been engaging in settlement discussions and time is needed to determine whether this case can be resolved before the Defendants respond to the Complaint.

Counsel for the Plaintiff consents to this request. This is the Defendants' third request for adjournment or extension. No other deadlines will be affected should this request be granted.

Thank you for Your Honor's consideration.

Respectfully submitted,
CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By: _____
Ian-Paul A. Poulos

CC:    All Counsel of Record

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: May 24, 2024