**MEMO ENDORSED**

# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

IAN-PAUL A. POULOS  
PARTNER  
E-MAIL: IAPOULOS@CBDM.COM

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC#: _____  
DATE FILED: 6/10/2024

June 7, 2024

**VIA ECF**  
Hon. Andrew L. Carter, Jr.  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square, Room 435  
New York, NY 10007

Re: *Dedvukaj v. 225 East 26th Street, LLC et al*  
24-cv-01708-ALC

Dear Judge Carter:

This firm represents the Defendants in the above-referenced action. Pursuant to Your Honor's Individual Practices, the Defendants respectfully request that Your Honor extend their time to move, answer, or otherwise respond to the Complaint by two weeks from Monday, June 10, 2024, through and including Monday, June 24, 2024. The parties have been engaging in settlement discussions and believe that a resolution is near. The parties jointly agreed that the Defendants should request this extension rather than engaging in the Defendants' anticipated motion practice.

Counsel for the Plaintiff consents to this request. This is the Defendants' fourth request for adjournment or extension. No other deadlines will be affected should this request be granted.

Thank you for Your Honor's consideration.

Respectfully submitted,  
CLIFTON BUDD & DeMARIA, LLP  
*Attorneys for the Defendants*

By: /s/ Ian-Paul A. Poulos  
Ian-Paul A. Poulos

CC: All Counsel of Record

SO ORDERED:  
/s/ Andrew L. Carter, Jr.  
HON. ANDREW L. CARTER, JR.  
UNITED STATES DISTRICT JUDGE  
Dated: June 10, 2024